### Joe BARONI, Appellant, v. UNITED STATES of America, Appellee.
### No. 6001.

Circuit Court of Appeals, Ninth Circuit.
Nov. 3, 1932.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee, ordered appeal dismissed for failure of appellant to file record and docket cause; mandate forthwith.